# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LAWRENCE BLACK,

    Plaintiff,

v.                                                  Case Number: 12-11130

LAW OFFICE OF SUSAN ADDISON
BLUSH, P.C.,

    Defendant.
                                             /

## JUDGMENT

In accordance with the Defendant's "Offer of Judgment," timely accepted by Plaintiff,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Lawrence Black and against Defendant Law Office of Susan Addison Blush, P.C, in the amount of $1,151.00 plus reasonable attorney's fees and costs.  *See* Fed. R. Civ. P. 68(a).  Dated at Detroit, Michigan, this 25th day of May 2012.


                                          DAVID J. WEAVER
                                          CLERK OF THE COURT


                                       S/Lisa Wagner
                                     By:  Lisa Wagner, Case Manager
                                         to Judge Robert H. Cleland