IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE BLACK,

                 Plaintiff,

     v.

LAW OFFICES OF SUSAN
ADDISON BLUSH, PC

               Defendant.

Civil No. 12-11130

HON. ROBERT H. CLELAND

## JUDGMENT FOR ATTORNEY FEES

In accordance with the Court's order of March 17, 2013 order granting in part and

denying in part Plaintiff's Motion for Attorney Fees and costs,

IT IS ORDERED AND ADJUDGED that Plaintiff is AWARDED attorney fees and

costs in the amount of $1390.00.

Dated at Detroit, Michigan this 17th day of March, 2013.

                          DAVID J. WEAVER
                          CLERK OF THE COURT

                          BY: s/Lisa Wagner
                          Lisa Wagner, Deputy Clerk
                          and Case Manager to
                          Judge Robert H. Cleland

Dated:  March 17, 2013